Sean P. Flynn (SBN 15408)
**GORDON REES SCULLY MANSUKHANI**
1 East Liberty Street
Suite 424
Reno, NV 89501
Telephone:     (775) 467-2610
Email:          sflynn@grsm.com

**Attorneys for Defendant**
*Cook County Health and Hospitals System*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN KURTEV and IZABELA DEBOWCZYK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COOK COUNTY HEALTH & HOSPITALS SYSTEM, and PERRY JOHNSON & ASSOCIATES, INC.,<br><br>Defendants. | CASE NO. 2:23-cv-01905<br><br>**STIPULATION TO EXTEND DEFENDANT COOK COUNTY HEALTH AND HOSPITALS SYSTEM'S DEADLINE TO RESPOND TO COMPLAINT** |

TO THIS HONORABLE COURT, TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, AND TO ALL PARTIES THROUGH THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Federal Rule of Civil Procedure, Rule 6(b) and Local Rule 6-1, Plaintiffs Martin Kurtev and Izabela Debowczyk, on the one hand, and Defendant Cook County Health and Hospitals System ("CCH") on the other hand, stipulate to an extension of time for CCH to respond to Plaintiffs' complaint in this matter.

Plaintiffs filed their complaint on November 17, 2023, and served CCH on December 11, 2023. CCH's response is due on January 1, 2024.

On or about December 11, 2023, CCH retained Gordon & Rees LLP as counsel in this matter. CCH has requested an extension of time to respond to the Complaint, up to and including January 29, 2024. CCH requires additional time to investigate factual and legal issues and respond to the Motion for Transfer and Centralization filed by certain plaintiffs before the Judicial Panel on Multidistrict Litigation. Counsel for Plaintiffs has agreed to the extension.

There does not appear to have been entered a scheduling order in this case; thus, there are no dates set for trial, motions, or discovery.

IT IS HEREBY STIPULATED that CCH shall have up to and including January 29, 2024, to respond to Plaintiffs' complaint.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 26, 2023   **GORDON REES SCULLY MANSUKHANI**

By: /s/ Sean Flynn
Sean Flynn
Attorneys for Defendant
*Cook County Health and Hospitals System*

Dated: December 26, 2023   **ZIMMERMAN LAW OFFICES, P.C.**

By: /s/ Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr.
Attorney for Plaintiffs *Martin Kurtev and Izabela Debowczyk*

**IT IS SO ORDERED:**

**DATED:** December 27, 2023.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE